**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **DOE et al**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE ISLAMIC REPUBLIC OF IRAN et al.**<br><br>**Defendants.** | : | **Civil Action No. 1:26-cv-1002-APM** |

# ORDER

Upon consideration of Plaintiffs' Motion for an Order Inviting the United States to Identify the Diplomatic Channels Available for Service Under 28 U.S.C. § 1608(a)(4), ECF No. 13, and the record herein, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the United States is invited to file, within 45 days of the date of this Order, a statement addressing:

(a) whether the Department of State is presently able to transmit papers to the Islamic Republic of Iran "through diplomatic channels" for purposes of 28 U.S.C. § 1608(a)(4) through the channel described in 22 C.F.R. § 93.1(c)(1), including through the Foreign Interests Section of the Embassy of Switzerland in Tehran, by physical shipment or by any other means of transmission available to the protecting power;

(b) if not, whether the Department is able to transmit those papers under 22 C.F.R. § 93.1(c)(3), including by delivery to the Embassy of Pakistan in its capacity as the power representing Iran's interests in the United States, or to the Interests Section

of the Islamic Republic of Iran that operates under that arrangement in Washington, D.C.;

(c) if the Department is not able to transmit by either means, the reasons, including whether any such route requires the consent or a request of the foreign state, and whether any other existing diplomatic channel is available;

(d) whether the Department will accept and hold a request for service under § 1608(a)(4) in this action pending a change in circumstances and, if so, the requirements for submitting it; and

(e) the Department's current estimate, if any, of when transmission under § 1608(a)(4) is expected to become possible.

and it is further

ORDERED that the Clerk shall transmit a copy of this Order and Plaintiffs' Motion to the United States Attorney for the District of Columbia and to the U.S. Department of State, Office of the Legal Adviser and Judicial Assistance Team; and it is further

ORDERED that Plaintiffs shall file a further status report within 30 days after the filing of any statement by the United States, or by January 25, 2027, whichever is earlier.

**The United States may seek revision of this Order after it enters an appearance.**

Dated: October 28, 2026

Amit P Mehta

Digitally signed by Amit P Mehta
Date: 2026.10.28 08:31:41 -04'00'

Amit P. Mehta
United States District Judge